Harold H. KNIGHT et al., Appellants,

v.

Lawrence E. MEHL, Appellee.

No. 71–1469.

United States Court of Appeals,
Eighth Circuit.

Submitted June 14, 1972.

Decided June 19, 1972.

Harold H. Knight, pro se.

Thomas E. Deacy, Jr., and Spencer J. Brown, Kansas City, Mo., for appellee.

Before MURRAH,* and VAN OOSTERHOUT, Senior Circuit Judges, and HEANEY, Circuit Judge.

PER CURIAM.

We have carefully reviewed the briefs and records in the above entitled matter, and affirm the decision of the District Court pursuant to Rule 14, Rules of the United States Court of Appeals for the Eighth Circuit.

Vivian Shepard PEEL et al., Plaintiffs-Appellants,

v.

Catherine S. BANIAKAS et al., Defendants-Appellees.

No. 71–3398
Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

June 7, 1972.

---

* Senior Circuit Judge, Tenth Judicial Circuit, sitting by special designation.

** Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Company of

---

Before BELL, DYER and CLARK, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1] The district court correctly held that title was established in defendants by the adverse possession of the United States. See Stanley v. Schwalby, 1893, 147 U.S. 508, 13 S.Ct. 418, 37 L.Ed. 259.

William A. TAHL, Plaintiff-Appellant,

v.

---

New York et al., 5 Cir. 1970, 431 F.2d 409, Part I.

1. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966.